IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| KYLE KIRKPATRICK, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:15cv000308 |
| | § | Judge Mazzant |
| DRIVING 101, LLC, AND | § | |
| KANE ADAM ZITTLOW, | § | |
| | § | |
| Defendants. | § | |

<u>STIPULATION OF DISMISSAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **KYLE KIRKPATRICK**, Plaintiff in the above entitled and numbered cause, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), states to the Court that he no longer desires to prosecute the cause of action now pending against **DRIVING 101, LLC AND KANE ADAM ZITTLOW,** Defendants herein.   For that reason, Plaintiff **KYLE KIRKPATRICK** hereby dismisses his action against **DRIVING 101, LLC AND KANE ADAM ZITTLOW**, with prejudice to the refiling of same.

Respectfully submitted,


PATTERSON LAW GROUP

/s/ W. Travis Patterson
Gregory J. McCarthy
State Bar No. 13367500
W. Travis Patterson
State Bar No. 24080095
PATTERSON LAW GROUP
2310 W. Interstate 20, Suite 100
Arlington, Texas 76017
T: 817.461.5500
F: 817.856.6070
greg@pattersonpersonalinjury.com
travis@pattersonpersonalinjury.com

ATTORNEYS FOR PLAINTIFF,
KYLE KIRKPATRICK


JOHANSON & FAIRLESS, LLP

/s/ Randy L. Fairless
RANDY L. FAIRLESSState Bar No. 06788500
KELLEY J. FRIEDMAN
State Bar No. 007965821456 First Colony Blvd.
Sugar Land, Texas   77479
T: 281-313-5000
F: 281-340-5100Email: rfairless@jandflaw.com
Email: kfriedman@jandflaw.com
ATTORNEYS FOR DEFENDANTSDRIVING 101,
LLC AND KANE ADAM ZITTLOW

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all attorneys of record by either mailing same by certified mail (return receipt requested), by facsimile, and/or by hand-delivery, on this 19th day of July, 2016.

 /s/ W. Travis Patterson
W. TRAVIS PATTERSON
