IN THE UNITED STATES DISRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KYLE KIRKPATRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:15cv308 |
| v. | § | Judge Mazzant |
| | § | |
| DRIVING 101, LLC, and | § | |
| KANE ADAM ZITTLOW | § | |
| | § | |
| Defendants. | § | |

_____

**ORDER**
_____

CAME ON TO BE HEARD the Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Kyle Kirkpatrick in the above-numbered and styled cause (the "Cause"). The Stipulation was filed with the agreement of all Defendants and their counsel. Having considered the Stipulation and the applicable law, the Court is of the opinion that the Stipulation should be APPROVED and GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Stipulation is APPROVED and GRANTED.

It is further ORDERED that this cause is hereby dismissed and that the dismissal is with prejudice to Plaintiff refiling any claims against DRIVING 101, LLC and KANE ADAM ZITTLOW that were or could have been filed or prosecuted in this cause.

It is further ORDERED that each party shall be responsible for paying their own court costs and attorney's fees incurred in prosecuting or defending the cause.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 23rd day of July, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE